UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH CASCADES NATIONAL BANK, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF CAMDEN, a Tennessee State trust company,<br><br>Defendant. | No. CV-12-102-JLQ<br><br>**ORDER CONSOLIDATING CASES** |

**THIS ORDER RELATES TO: Cause No. CV-12-098-RHW**

The court's attention has been called to another matter filed in this district one day prior to this case, *Bank of Camden v. North Cascades National Bank*, No. CV-12-98-RHW. These actions involve virtually identical factual and legal issues, as well as the same parties. The core issue in both cases is whether a right of first refusal regarding a participation interest in a loan was effectively exercised.

A district court has broad discretion to consolidate actions involving "common issues of law or fact." Fed.R.Civ.P. 42(a); *Investors Research Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989). In exercising its broad discretion to order consolidation, a district court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. U.S.*, 743 F.2d 703, 704 (9th Cir. 1984).

Given the similarities and the lack of any apparent inconvenience, delay or expense that would result from bringing the cases together, the court finds that consolidation of

ORDER - 1

these cases is appropriate. In accordance with the standing practice in this District, when cases are consolidated, the resultant consolidated case is the lowest numbered case.

**IT IS HEREBY ORDERED:**

1. The Clerk shall consolidate these actions such that the earlier filed action, CV-12-98-RHW is the lead case. Case Number CV-12-102-JLQ shall be administratively closed.

2. All future filings shall be filed in CV-12-98-RHW and shall bear the caption: "In Re: Lake House Loan Litigation." The pending Motion to Dismiss for Lack of Jurisdiction will be heard by Judge Whaley in the consolidated action.

3. The Clerk is further directed to enter this Order and furnish copies to counsel and the Hon. Robert H. Whaley.

Dated this 27th day of March, 2012.

            s/ Justin L. Quackenbush
          JUSTIN L. QUACKENBUSH
  SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2